FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

DEC 07 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-361-KJD-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JACKIE NOELANI PERREIRA, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Jackie Noelani Perreira to the criminal offense, forfeiting the property set forth in the Plea Agreement and Forfeiture Allegation Two of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Jackie Noelani Perreira pled guilty. Superseding Criminal Indictment, ECF No. 30; Plea Agreement, ECF No. 64; Change of Plea, ECF No. 66; Preliminary Order of Forfeiture, ECF No. 67.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 16, 2021, through October 15, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 75-1, p. 5.

1   This Court finds the United States notified known third parties by personal service or
2   by regular mail and certified mail return receipt requested of their right to petition the Court.
3   Notice of Filing Service of Process – Mailing, ECF No. 76; Notice of Filing Service of
4   Process – Personal Service, ECF No. 80.
5   On October 13, 2021, the United States Attorney's Office served Timothy Plank with
6   copies of the Preliminary Order of Forfeiture and the Notice through regular mail and
7   certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF
8   No. 76-1, p. 3-11, 13-14.
9   On October 13, 2021, the United States Attorney's Office served The Estate of
10  Timothy Plank with copies of the Preliminary Order of Forfeiture and the Notice through
11  regular mail and certified mail return receipt requested. Notice of Filing Service of Process –
12  Mailing, ECF No. 76-1, p. 3-11, 15-16.
13  On October 13, 2021, the United States Attorney's Office served Kterrioun Williams
14  with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and
15  certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF
16  No. 76-1, p. 3-11, 17-18.
17  On October 29, 2021, the United States Marshals Service personally served
18  Kterrioun Williams with copies of the Preliminary Order of Forfeiture and the Notice.
19  Notice of Filing Service of Process – Personal Service, ECF No. 80-1.
20  This Court finds no petition was filed herein by or on behalf of any person or entity
21  and the time for filing such petitions and claims has expired.
22  This Court finds no petitions are pending regarding the property named herein and
23  the time has expired for presenting such petitions.
24  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
25  all possessory rights, ownership rights, and all rights, titles, and interests in the property
26  hereinafter described are condemned, forfeited, and vested in the United States pursuant to
27  Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
28  / / /

924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Smith & Wesson model SD9VE 9mm semi-automatic pistol bearing serial number FXL5308;
2. 16 9mm rounds; and
3. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED December 7, 2021.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE