Prob12B
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
September 11, 2023

Name of Offender: **Jackie Noelani Perreira**

Case Number:  **2:20CR00361**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **December 7, 2021**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 16, 2023**

Date Jurisdiction Transferred to District of Nevada: **October 17, 2023**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 180 days. You must follow the rules and regulations of the center.

## CAUSE

Ms. Perreira will begin supervised release on October 17, 2023. At this time due to her lack of financial support, it is requested that her conditions of supervision be modified to include placement at the residential re-entry center for a period up to 180 days. Ms. Perreira has no family support available to assist her residence situation. It is believed that during this time, Ms. Perreira will be able to obtain adequate financial means to obtain her own residence. Ms. Perreira does not oppose the requested modification as indicated by her signature on the attached waiver of hearing form.

RE: Jackie Noelani Perreira

Prob12B
D/NV Form
Rev. June 2014

Please contact the undersigned officer at (702) 527-7256 if you have any questions.

Respectfully submitted,

*E Hogans*
Digitally signed by Erica Denney
Date: 2023.09.12 09:06:30 -07'00'

_____
Erica Hogans
U.S. Probation Officer

Approved:

*Joy gk*
Digitally signed by Joy Gabonia
Date: 2023.09.11 15:42:49 -07'00'

_____
Joy Gabonia
Supervisory U.S. Probation Officer

### THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

X   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

09/12/2023
_____
Date